IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:14-cr-00054-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUAN ANTONIO NUNEZ-AYON, ) | |
| a/k/a "Juanito", ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having duly considered the United States' Motion for Appeal of Release of Defendant Pursuant to 18 U.S.C. § 3145, the motion at Docket 16 is hereby GRANTED.

It is further ordered that the defendant is to remain in custody and be transported to the District of Alaska forthwith for further proceedings.

The Expedited Motion at Docket 15 is also GRANTED.

DATED this 6th day of February 2021, at Anchorage, Alaska.

*s/Ralph R. Beistline*
United States District Judge